

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 28, 1972

Honorable Maurice S. Pipkin          Opinion No. M-1092
Executive Director
Judicial Qualifications Commission   Re: Source of pay for an
Supreme Court Building                   active or retired judge
Austin, Texas   78711                    or justice who sits as
                                         master in a proceeding
                                         before the Judicial
Dear Mr. Pipkin:                         Qualifications Commission.

        Your request for an opinion poses the following questions:

        "1.   When an active or retired judge or justice
is appointed to sit as a Master in a proceeding before
the Judicial Qualifications Commission, should the
per diem of $25.00 for each day, or fraction thereof,
be paid from Judicial Qualifications Commission funds,
or from the $57,000.00 per year allocated in the
Appropriation Bill to the Comptroller's Department?

        "2.   When an active or retired judge or justice
is appointed to sit as a Master in a proceeding be-
fore the Judicial Qualifications Commission, should
the differential pay, due in the case of a retired
judge, be paid from Judicial Qualifications Commission
funds or from the $57,000.00 per year allocated in the
Appropriation Bill to the Comptroller's Department?"

        The appointment of a "Master" before the Judicial Quali-
fications Commission is authorized by the provisions of Section
1-a of Article V of the Constitution of Texas and the enabling
act, Article 5966a, Vernon's Civil Statutes.  Section 12 of Article
5966a provides:

        "Sec. 12.   Any active district judge or justice
of the court of civil appeals appointed to act as
master under said Section 1-a shall, in addition to
and cumulative of all other compensation and expenses
authorized by law, receive, while in the performance
of their duties as master, a per diem of $25 for each
day, or fraction thereof, spent in the performance

-5330-

of their duties as such master. Any retired judge or
justice of the court of civil appeals appointed to
act as such master shall receive while in the per-
formance of their duties as such master a per diem of
$25 for each day or fraction thereof spent in the per-
formance of their duties as master and in addition an
amount representing the difference between all of the
retirement benefits of such judge as a retired judge
and the salary and compensation received from the
state by active district judges or justices of the
court of civil appeals as the case might be. Such
retirement allowances shall continue to be paid by
and from the same source as in the instance of a re-
tired judge who had not been assigned duties. Payments
of the additional amounts provided for by this section
shall be upon certificates of approval by the State
Judicial Qualifications Commission."

Item 2 of the appropriation to the Judicial Qualifications
Commission in the current General Appropriations Act makes the fol-
lowing appropriation for the fiscal year ending August 31, 1972:

"For the Year Ending
August 31,
1972

"1.  . . .

"2.  For necessary expenses in carry-
     ing out the provisions of Arti-
     cle 5, Section 1a, of the
     Constitution, for salaries, wages
     and travel of employees, and
     travel and other actual expenses
     of Commission members, and
     capital outlay, current and
     recurring operating and other
     expenses                                $28,380"

In view of the fact that the expenses and compensation
provided in Section 12 of Article 5966a, Vernon's Civil Statutes,
are necessary expenses in carrying out the provisions of Article V,
Section 1-a, Texas Constitution, it is our opinion that the above
quoted item may be expended for such purpose. We do not find any
appropriation to the Comptroller's office for such purpose.

You are accordingly advised that the compensation and

expenses authorized under Section 12 of Article 5966a, Vernon's Civil Statutes, are payable from Item 2 of the appropriation to the State Judicial Qualifications Commission.

### S U M M A R Y

The compensation and expenses provided in Section 12 of Article 5966a, Vernon's Civil Statutes, for a master appointed pursuant to the provisions of Section 1-a of Article V of the Constitution of Texas and Article 5966a, Vernon's Civil Statutes, are payable out of Item 2 of the appropriation to the State Judicial Qualifications Commission in the current General Appropriations Act.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Ben Harrison
Bob Gauss
Linward Shivers
Max Hamilton

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant